IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RONALD LEE KAIN, § § § § § § § § § § § | |
| Plaintiff, | |
| v. | Civil Action No. 4:18-CV-00763-ALM |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ronald Lee Kain, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulates to the dismissal, with prejudice, of his action against Defendant Experian Information Solutions, Inc.  As indicated by the signatures of counsel below, all parties stipulate to the dismissal, with prejudice, of this action.

It is further stipulated that all parties shall bear their respective costs and attorneys' fees incurred in this matter.

This 27th day of February, 2019.

Tyson M. Lies
Tyson M. Lies
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201-1515
Phone:  (214) 969-3784
Facsimile:  (214) 969-5100
tlies@jonesday.com

***Attorney for Defendant***
***Experian Information Solutions, Inc.***

Jason L. Van Dyke
Jason L. Van Dyke
The Van Dyke Law Firm P.L.L.C.
108 Durango Drive
Crossroads, TX 76227
Phone:  (469) 964-5346
Facsimile:  (972) 421-1830
jason@vandykelawfirm.com

***Attorney for Plaintiff***
***Ronald Lee Kain***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed on February 27, 2019, with the Court via the CM/ECF system, causing it to be served upon the following:

Jason L. Van Dyke
The Van Dyke Law Firm P.L.L.C.
108 Durango Drive
Crossroads, TX 76227
(972) 964-5346

                                                                     *s/ Tyson M. Lies*
                                                                     Tyson M. Lies